570 A.2d 979

JOHN E. BARRY v. TRATAROS CONSTRUCTION CORP., ET AL.
AND UPRIGHT SCAFFOLDING.

TRATAROS CONSTRUCTION CORP. v.
LIGHTON ELECTRIC, INC.

November 13, 1989.

Petition for certification denied.

570 A.2d 980

STATE OF NEW JERSEY, ETC., ET AL. v. SIGNO TRADING
INTERNATIONAL INC., ET AL. AND MORTON SPRINGER
& CO., INC. v. FEDERAL INSURANCE COMPANY
AND SCOVILL, INC., ET AL.

November 13, 1989.

Petition for certification granted. (See 235 *N.J.Super.* 321, 562 *A.*2d 251)

570 A.2d 980

STATE OF NEW JERSEY v. HAKIM SA'D ZARIF,
A/K/A ROBERT GILMORE.

November 13, 1989.

Petition for certification denied.